# United States Court of Appeals
# for the Fifth Circuit

No. 23-70007

DAVID SANTIAGO RENTERIA,

*Petitioner—Appellant,*

*versus*

BOBBY LUMPKIN, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*; STATE OF TEXAS,

*Respondents—Appellees.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:23-CR-2080-1

## UNPUBLISHED ORDER

Fifth Circuit Rule 8.10 imposes strict timeliness requirements for challenges to death sentences and execution procedures, and it warns that those who fail to comply "*will* be subject to sanctions" absent a showing of good cause. 5TH CIR. R. 8.10 (emphasis added).

The parties were expressly advised well in advance to familiarize themselves with Rule 8.10. Despite this, Renteria's submissions in this appeal appear to run afoul of the timelines imposed by Rule 8.10.

No. 23-70007

Therefore, IT IS ORDERED that counsel for Renteria SHOW CAUSE in writing why they should not be sanctioned for violations of Rule 8.10's timeliness requirement. Counsel shall file an answer to this Order **on or before 4:00 PM CT on Friday, November 17, 2023.**

IT IS SO ORDERED.

_____
Judge Kurt D. Engelhardt, *Circuit Judge*